UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Case No. 3:15-CV-213-DJH

*Electronically Filed*

PHARMERICA CORPORATION and  PLAINTIFFS
PHARMERICA EAST, INC.

v.

ADVANCED HCS LLC, *et al.*  DEFENDANTS

\* \* \* \* \* \* \* \* \*

### DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. Rule 7.1, Defendants, Advanced HCS LLC, Texas Operations Management LLC, Pinecrest SNF LLC, Balch Springs SNF LLC, Bay Oaks SNF LLC, Benbrook SNF LLC, Clarksville SNF LLC, Colonial Manor NH SNF LLC, Courtyard SNF LLC, Greenville SNF LLC, Henderson SNF LLC, Monterey SNF LLC, Palo Pinto SNF LLC, Park View SNF LLC, River Oaks SNF LLC, Rosenberg SNF LLC, Santa Fe SNF LLC, Southeast SNF LLC, Stonebrook Manor SNF LLC, Renaissance SNF LLC, Vernon SNF LLC, Wedgewood SNF LLC, White Settlement SNF LLC, Sulphur Springs SNF LLC, Prairie House SNF LLC, El Paso SNF LLC, Clyde SNF LLC, Colonial Manor SNF LLC, McAllen SNF LLC, Gardendale SNF LLC, and Vista Hills SNF LLC, state that they are not subsidiaries of any publicly-held corporation. Defendants further state that no publicly-held corporation holds a 10% or more ownership interest in and of these Defendants.

Dated: March 16, 2015

Respectfully submitted,

*s/Brian McGraw*
_____
Hiram Ely III
Brian P. McGraw

MIDDLETON REUTLINGER
401 South Fourth Street, Suite 2600
Louisville, Kentucky 40202
(502) 625-2718 Phone
(502) 588-1928 Fax
hely@middletonlaw.com
bmcgraw@middletonlaw.com

*Counsel for Defendants Advanced HCS LLC, Texas Operations Management LLC, Pinecrest SNF LLC, Balch Springs SNF LLC, Bay Oaks SNF LLC, Benbrook SNF LLC, Clarksville SNF LLC, Colonial Manor NH SNF LLC, Courtyard SNF LLC, Greenville SNF LLC, Henderson SNF LLC, Monterey SNF LLC, Palo Pinto SNF LLC, Park View SNF LLC, River Oaks SNF LLC, Rosenberg SNF LLC, Santa Fe SNF LLC, Southeast SNF LLC, Stonebrook Manor SNF LLC, Renaissance SNF LLC, Vernon SNF LLC, Wedgewood SNF LLC, White Settlement SNF LLC, Sulphur Springs SNF LLC, Prairie House SNF LLC, El Paso SNF LLC, Clyde SNF LLC, Colonial Manor SNF LLC, McAllen SNF LLC, Gardendale SNF LLC, Vista Hills SNF LLC, Teddy Lichtschein and Eliezer Scheiner*

## **CERTIFICATE OF COUNSEL**

I hereby certify that on March 16, 2015, a true and accurate copy of the foregoing was filed with the clerk of the Court by using the CM/ECF system.

*s/Brian McGraw*
_____
COUNSEL FOR DEFENDANTS